**CLOSED**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

**v.**

**Jesus Valenzuela-Villaverde**

Citizen of Mexico

USM#: 72397-208          DOB: 1965

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

### No. 07-10577-001M-SD

### Matthew Johnson (AFPD)
Attorney for Defendant

ICE#: A27 624 666

**THE DEFENDANT ENTERED A PLEA OF** guilty on 9/10/2007 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIX (6) MONTHS on Count THREE, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:**  $Remitted          **FINE:**  $          **RESTITUTION:**  $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10577-001M-SD**                                                   *Page 2 of 2*
*USA vs. Jesus Valenzuela-Villaverde*

Date of Imposition of Sentence:  **Monday, September 10, 2007**

_____ Date 9/10/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution
designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____    By:_____
United States Marshal                                              Deputy Marshal
07-10577-001M-SD -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: __9/10/2007____    CASE NUMBER: __07-10577-001M-SD__

**PLEA/SENTENCING MINUTES**
USA vs. __Jesus Valenzuela-Villaverde__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__
U.S. Attorney _____ INTERPRETER REQ'D __Ricardo Gonzalez_____
                                     LANGUAGE: _Spanish_____
Attorney for Defendant __Matthew Johnson (AFPD)__

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA _9/8/07_      ☒ Complaint Filed      ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☒ No Financial Afdvt taken    ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**      ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel) ☐ Bail set at $_____
☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PLEA HEARING:**      ☒ Held ☐ Cont'd ☐ Reset
Set for:   before:
☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed _____ ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts _THREE_____
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) __THREE_____ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE/TWO__
☒      ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☒ remanded to USM

SENTENCING:
☒ Defendant committed to Bureau of Prisons for a period of _6 MONTHS_ ☐ Probation/Supervised Release for _____
☒ Special Assessment $ _REMITTED_____ ☐ Fine $_____ ☐ Restitution $_____
Other: _____

RECORDED: __CS (3 min)__
BY:   Angela J. Tuohy, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jesus VALENZUELA-Villaverde
Citizen of Mexico
YOB: 1965
A27 624 666
Illegal Alien

## CRIMINAL COMPLAINT

CASE NUMBER: O 7 - 10577HSD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about June 22, 2001, Defendant Jesus VALENZUELA-Villaverde was arrested and removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about September 8, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about September 8, 2007, within the Southern District of California, Defendant Jesus VALENZUELA-Villaverde, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on April 7, 1993 (Felony).

### COUNT III

That on or about September 8, 2007, within the Southern District of California, Defendant Jesus VALENZUELA-Villaverde, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Complainant
Jeff A. Gearhart
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

September 10, 2007                    at                    Yuma, Arizona
Date                                                          City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

### STATEMENT OF FACTUAL BASIS

| | |
|---|---|
| Defendant: | Jesus VALENZUELA-Villaverde |
| Dependents: | None |

**IMMIGRATION HISTORY:** The Defendant was last removed through San Ysidro, California on June 22, 2001.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 6/28/86 | San Diego, CA | Burg 1st- with priors | 237 Days Jail, 5 Yrs Prob |
| 9/02/87 | San Diego, CA | Grand Theft Auto | 90 Days Jail, 63 Days |
| 10/04/87 | San Diego, CA | Take Veh W/o Own Consent | 2 Years Prison |
| 1/11/88 | Chino Prison, CA | Attempt Burg 1st- Prob Rev | 2 Years Confinement |
| 6/26/90 | San Diego, CA | Burglary 2nd Degree | 2 Years Confinement |
| 4/22/92 | San Diego, CA | Petty Theft W/ Priors | 16 Months Prison |
| 4/07/93 | San Diego, CA | Illegal Entry | 45 Days Jail |
| 10/08/93 | San Diego, CA | Vehicle Theft | 3 Years Prison |
| 1/18/96 | San Diego, CA | Vehicle Theft W/ PPT-NV-2 | 4 Years Prison |
| 3/18/99 | San Diego, CA | Burglary 2nd Degree | 32 Months Prison |
| 8/03/02 | San Diego, CA | Felon Etc Poss Firearm | 32 Months Prison |
| 8/07/02 | San Diego, CA | Thft by Forged Invalid Access Card | 16 Months Prison |
| 11/07/02 | San Diego, CA | Burglary 1st Degree | 16 Months Prison |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on September 8, 2007.

Charges:   8 USC§1326          (Felony)
          8 USC§1325          (Felony)
          8 USC§1325          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 10, 2007
_____
Date

_____
Signature of Judicial Officer